

FILED
AUG - 8 2025
TIMOTHY McGRATH, CLERK

# EXHIBIT A

B6F (Official Form 6F) (12/07)

In re Tarani A. Johnson                                  Case No. 12-20451
              Debtor                                                (If known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3776<br>AES / DDB / PHEAA<br>PO Box 8183<br>Harrisburg, PA 17105 | | | 7/16/10<br>student loan<br>may be duplicate | X | | | 190,555.00 |
| ACCOUNT NO. 3499<br>American Express<br>PO Box 981535<br>El Paso, TX 79998 | | | 2007 Credit Card | X | | | 41,325.00 |
| ACCOUNT NO. 2410<br>Bank of America<br>100 N. Tryon St.<br>Charlotte, NC 28255 | | | 2004 Credit Card | | | X | 23,925 |
| ACCOUNT NO. 4264<br>Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | | | Credit Card | | | X | 13,017.00 |

Subtotal▶ $ 268,732.00

___ continuation sheets attached                                                          Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Tarani A. Johnson,
  Debtor

Case No. 12-20451
  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2558... Brazos Higher Education PO Box 1308 Waco, TX 76703-1308 | | | May be duplicate | X | | | 67,955.00 |
| ACCOUNT NO. 5178... Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | 2006 Credit Card | | | X | 2,975.00 |
| ACCOUNT NO. ...7727 CBNA aka Adler Wallach & Assoc. 100 Church Street Dickson, TN 37055 | | | Credit Card? Alternate | X | | | 9,540.00 |
| ACCOUNT NO. 4185... Chase Card Services PO Box 15298 Wilmington, DE 19850 | | | Credit Card? | X | | | 3,007.00 |
| ACCOUNT NO. 9341... Citibank PO Box 140609 Irving, TX 75019 | | | 6/26/07 - mortgage 28th Street | | | X | 188,700.00 |

Sheet no ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal> $ 272,177.00

Total> $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Tarani A. Johnson,  
         Debtor

Case No. 12-20451  
    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9341<br>Citibank<br>PO Box 769006<br>San Antonio, TX 78245 | | | | | | X | $9,543.00 |
| ACCOUNT NO. ...7625<br>Club Annatolia, Inc.<br>PO Box 269<br>Long Beach, NY 11561 | | | 12/15/09 - mortgage 28th Street | | | X | $189,486.00 |
| ACCOUNT NO. ...2425<br>Comcast<br>11400 Northeast Ave.<br>Philadelphia, PA 19116 | | | 6/2010 - cable | X | | | $210.00 |
| ACCOUNT NO. 4852<br>Convergent Outsourcing<br>800 SW 39th Street<br>Renton, WA 98057 | | | Unsure believe duplicate of comcast debt | | | X | $210.00 |
| ACCOUNT NO.<br>EZ Pass<br>NJ Turnpike Authority<br>PO Box 5042<br>Woodbridge, NJ 07095 | | | tolls | | | | 325.00 |

Sheet n ___ continuation sheets attached  
to Schedule of Creditors Holding Unsecured  
Nonpriority Claims

Subtotal> $199,774.00

Total> $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re: Tarani A. Johnson, Debtor

Case No. 12-20451 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Philadelphia Parking Authority <br> PO Box 41818 <br> Philadelphia, PA 19101-1818 | | | tickets | | | | 770.00 |
| ACCOUNT NO. 7331 <br> Philadelphia FCU <br> 12800 Townsend Road <br> Philadelphia, PA 19154 | | | | | | X | 23,205.00 |
| ACCOUNT NO. 5178 <br> Portfolio Recover <br> 120 Corporate Blvd. <br> Norfolk, VA 23502 | | | may be a duplicate account | | | X | 3,284.00 |
| ACCOUNT NO. ...3776 <br> SUNY SLSC <br> 5 University Place <br> Rensselaer, NY 12144 | | | Student Loan (may be beyond SOL) | X | | | 665.00 |
| ACCOUNT NO. <br> TD Bank <br> 1000 MacArthur Blvd. <br> Mahwah, NJ 07430 | | | Mortgage <br> 5200 W. Montgomery | | | X | 50,500.00 |

Sheet n   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 78,424.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Tarani A. Johnson
Debtor

Case No. 12-20451
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6171....<br>Temple University<br>1801 N. Broad Street<br>Philadelphia, PA 19122 | | | | X | | | 6,272.00 |
| ACCOUNT NO.<br>Wells Fargo Financial National Bank<br>PO Box 7510<br>Urbandale, IA 50323 | | | credit card | X | | | 4,595.00 |
| ACCOUNT NO. ...1642<br>Wells Fargo Bank<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 | | | Mortgage<br>5200 W. Montgomery | | | X | 120,000.00 |
| ACCOUNT NO.<br>Yellow Pages<br>26000 Cannon Road<br>Cleveland, OH 44146 | | | advertising | | | | 1,250.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal> $ 132,117.00

Total> $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  Tarani A. Johnson
       _____,    Case No. 12-20451
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2425<br><br>Eastern Account System<br>75 Glen Rd, Suite 110<br>Sandy Hook, CT  06482 | | | | | | | 212.00 |
| Account No. 2991<br><br>IMP Kings/Raquel & Sean Bennett<br>407 Bucktoe Rd.<br>Avondale, PA  19311 | | | | | | | 1.00 |
| Account No.<br><br>Citibusiness Card<br>P. O. Box 183061<br>Columbus, OH  43218-3061 | | | Line of Credit | | | | 291,778.40 |
| Account No. 9602<br><br>TD Bank<br>Atty:  BKY Dept.<br>P. O. Box 9547<br>Portland, ME  04412 | | | | | | | 8,133.00 |
| _____ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 300,124.40 |

B6F (Official Form 6F) (12/07)

In re  Tarani A. Johnson                              ,    Case No.  12-20451
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.  1628<br><br>Wachovia/Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA  94104 | | | | | | | 95,900.00 |
| Account No.  2161<br><br>Eckert Seamans<br>600 Grant Street, 44th Fl<br>Pittsburgh, PA  15219 | | | | | | | 18,966.57 |
| Account No.  0948<br><br>Harms Software<br>35 Fulton Street, Bldg 9A<br>Boonton, NJ  07005 | | | | | | | 2,189.00 |
| Account No.  4123<br><br>EOS CCA/Vonage<br>700 Longwater Dr<br>Norwell, MA  02061 | | | | | | | 126.38 |
| ____ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 117,181.95 |

B6F (Official Form 6F) (12/07)

In re    Tarani A. Johnson    Case No. 12-20451
         ─────────────────────────────
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4501<br><br>Philadelphia Police & Fire Credit Union<br>901 Arch Street<br>Philadelphia, PA 19107 | | | | | | | 631.95 |
| Account No.<br><br>UPS Supply Chain Solutions<br>UPS/UPS SCS Chicago<br>28013 Network Place<br>Chicago, IL 60673-1280 | | | Invoice #2734113761<br>$13,447.56<br>Invoice #2744115224<br>$1,610.56 | | | | 15,058.12 |
| Account No. 3310<br><br>Datasphere<br>3350 161st Ave<br>SE Bellevue, WA 98008 | | | | | | | 837.00 |
| Account No. | | | | | | | |

_____ continuation sheets attached

Subtotal (Total of this page)   16,527.07

Total   $1,512,687.30