

# EXHIBIT B

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

## Eastern District of Pennsylvania
### Case No. 12-20451-mdc
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tarani A. Johnson
2285 Bryn Mawr Avenue
Philadelphia, PA 19131

Social Security No.:
xxx-xx-3776

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 3/13/14

Magdeline D. Coleman
United States Bankruptcy Judge

## SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

Case 12-20451-djb  Doc 150-2  Filed 08/08/25  Entered 08/12/25 14:22:33  Desc
Case 12-20451-mdc  Doc 144 Exhibit 03/Page 3 of 6red 03/16/14 01:21:03  Desc
Imaged Certificate of Notice    Page 5 of 5

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

Case 12-20451-djb   Doc 150-2   Filed 08/08/25   Entered 08/12/25 14:22:33   Desc
Case 12-20451-mdc   Doc 144  Exhibit 03/15/14  Page 4 of 6 ered 03/16/14 01:21:03   Desc
Imaged Certificate of Notice    Page 1 of 5

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tarani A. Johnson
                  Debtor

Case No. 12-20451-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: jch          Page 1 of 3          Date Rcvd: Mar 13, 2014
                             Form ID: 180NEW     Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2014.
```
db          +Tarani A. Johnson,    2285 Bryn Mawr Avenue,    Philadelphia, PA 19131-2509
cr          +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
12915308    +AES /DDB / PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
12915312     Brazos Higher Education,    PO Box 1308,    Waco, TX 76703-1308
12915313    +Brewery Condo Association,    c/o Camco Management,    511 W. Chester Pike,
             Havertown, PA 19083-4533
13044205    +Brewery Condominium Association,    Andrew N. Schwartz, Esquire,    1900 Spruce Street,
             Philadelphia, PA 19103-6605
12915315    +CBNA,    aka Adler Wallach & Assoc.,    100 Church Street,    Dickson, TN 37055-1826
13065224     CitiBank, NA.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
13209805     Citibusiness Card,    P. O. Box 183061,    Columbus, OH  43218-3061
12915319    +Club Annatolia,    Attn: E. Nego Pile,    292 Main Street,  Box 298,    Harleysville, PA 19438-2416
12915320    +Comcast,    11400 Northeast Ave.,    Philadelphia, PA 19116-3498
13209824    +Datasphere,    3350 161st Ave,    SE Bellevue, WA 98008-5758
12915322    +De Lage Landen Financial Service,    dba Wachovia Financial Services Inc.,
             111 Old Eagle School Rd,    Wayne, PA 19087-1453
13209820    +EOS CCA/Vonage,    700 Longwater Dr,    Norwell, MA 02061-1624
12915324    +EZ Pass,    NJ Turnpike Authority,    PO Box 5042,    Woodbridge, NJ 07095-5042
13209803    +Eastern Account System,    75 Glen Rd, Suite 110,    Sandy Hook, CT 06482-1175
12915323    +Eckert Seamans, LLC,    600 Grant Street, 44th Floor,    Pittsburgh, PA 15219-2713
13209819    #+Harms Software,    85 Fulton Street, Bldg 9A,    Boonton, NJ 07005-1912
13209804    +IMP Kings/Raquel & Sean Bennett,    407 Bucktoe Rd.,    Avondale, PA 19311-9787
12921317     JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
             Rochester, MI  48308-0730
12915327     Key Bank,    PO Box 94917,    Cleveland, OH 44101-4917
13209813     Leslie Girone,    2036B Fairmont Ave,    Philadelphia, PA  19130
12915328    +Macy's,    PO Box 8260,    Mason, OH 45040-5260
12915329    +Philadelphia FCU,    12800 Townsend Road,    Philadelphia, PA 19154-1095
12915330    +Philadelphia Gas Works,    PO Box 3500,    Philadelphia, PA 19122-0500
12915331    +Philadelphia Law Department,    1515 Arch Street,    Philadelphia, PA 19102-1595
13209822    +Philadelphia Police & Fire Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
12915336    +SUNY SLSC,    5 University Place,    Rensselaer, NY 12144-3425
13209815    +Shana Goldson,    5200 West Montgomery Ave, Unit 8B,    Philadelphia, PA 19131-3354
12915335    +State Trustee Services, LLC,    4535 W. Sahara Ave., Suite 200,    Las Vegas, NV 89102-3622
12915338    +Temple University,    J. Scott Watson, Esquire,    24 Regency Plaza,    Glen Mills, PA 19342-1001
13209814    +Tynishia Williams,    5200 West Montgomery Ave, Unit 8A,    Philadelphia, PA 19131-3354
13209823     UPS Supply Chain Solutions,    UPS/UPS SCS Chicago,    28013 Network Place,
             Chicago, IL  60673-1280
13002957    +WELLS FARGO BANK NA a/k/a Wachovia Mtge, a Div of,    ATTN: Bky Dept MAC #T7416-023,
             4101 Wiseman Blvd,    San Antonio, TX 78251-4200
12915339    +Wachovia Mortgage,    PO Box 659558,    San Antonio, TX 78265-9558
13209817    +Wachovia/Wells Fargo,    420 Montgomery Street,    San Francisco, CA 94104-1205
12915342    +Yellow Pages,    26000 Cannon Road,    Cleveland, OH 44146-1807
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 14 2014 02:39:47     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2014 02:39:32     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Mar 14 2014 02:39:47     City of Philadelphia,
             Law Revenue Department,    c/o Aaron Shotland, Esquire,    1401 JFK Boulevard,
             5th Floor, Municipal Services Building,    Philadelphia, PA 19102
13228748     EDI: RMCB.COM Mar 14 2014 02:23:00     AMCA,    P. O. Box 1235,    Elmsford, NY  10523-0935
12915309    +EDI: AMEREXPR.COM Mar 14 2014 02:23:00     American Express,    PO Box 981535,
             El Paso, TX 79998-1535
12951734     EDI: BECKLEE.COM Mar 14 2014 02:23:00     American Express Bank, FSB,    c o Becket and Lee LLP,
             POB 3001,    Malvern, PA 19355-0701
12915311     EDI: BANKAMER.COM Mar 14 2014 02:23:00     Bank of America,    PO Box 982235,
             El Paso, TX 79998-2235
12915310    +EDI: BANKAMER2.COM Mar 14 2014 02:23:00     Bank of America,    100 N. Tryon St.,
             Charlotte, NC 28202-4031
13017518     E-mail/Text: bankruptcy@phila.gov Mar 14 2014 02:39:46     City of Philadelphia Law Department,
             Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA 19102-1595
12915314     EDI: CAPITALONE.COM Mar 14 2014 02:23:00     Capital One,    PO Box 30285,
             Salt Lake City, UT 84130-0285
12915316    +EDI: CHASE.COM Mar 14 2014 02:23:00     Chase Card Services,    PO Box 15298,
             Wilmington, DE 19850-5298
12915317    +EDI: CITICORP.COM Mar 14 2014 02:23:00     Citibank,    PO BOX 769006,
             San Antonio, TX 78245-9006
13006498    +E-mail/Text: bankruptcy@phila.gov Mar 14 2014 02:39:47
             City of Philadelphia, Law Department - Tax Unit,    Municipal Services Building,
             1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1617
```

Case 12-20451-djb   Doc 150-2   Filed 08/08/25   Entered 08/12/25 14:22:33   Desc
Case 12-20451-mdc   Doc 144 Exhibit 03/15/14 5 of 6 Entered 03/16/14 01:21:03   Desc
Imaged Certificate of Notice    Page 2 of 5

```
District/off: 0313-2          User: jch           Page 2 of 3          Date Rcvd: Mar 13, 2014
                             Form ID: 180NEW      Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12915321      +EDI: CONVERGENT.COM Mar 14 2014 02:23:00      Convergent Outsourcing,    800 SW 39th Street,
               Renton, WA 98057-4975
12954767      +EDI: ECMC.COM Mar 14 2014 02:23:00      ECMC,   PO BOX 75906,   ST.PAUL, MN 55175-0906
12915325      +EDI: IRS.COM Mar 14 2014 02:23:00      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
12915326      +EDI: CHASE.COM Mar 14 2014 02:23:00      JP Morgan Chase,    200 White Clay Center Drive,
               Newark, DE 19711-5466
12915334       EDI: PRA.COM Mar 14 2014 02:23:00      Portfolio Recovery,    120 Corporate Blvd.,
               Norfolk, VA 23502
12963204       EDI: PRA.COM Mar 14 2014 02:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
12961914       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2014 02:39:04
               Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
12915332       E-mail/Text: LMorrissey@philapark.org Mar 14 2014 02:39:56      Philadelphia Parking Authority,
               PO Box 41818,    Philadelphia, PA 19101-1818
13228749       EDI: AISTMBL.COM Mar 14 2014 02:23:00      T-Mobile,   P. O. Box 742596,
               Cincinnati, OH  45274-2596
12915337      +EDI: TDBANKNORTH.COM Mar 14 2014 02:23:00      TD Bank,    1000 MacArthur Blvd.,
               Mahwah, NJ 07430-2035
13209812      +EDI: TDBANKNORTH.COM Mar 14 2014 02:23:00      TD Bank,    Attn: BKY Dept.,    P. O. Box 9547,
               Portland, ME 04112-9547
12915340      +EDI: WFFC.COM Mar 14 2014 02:23:00      Wells Fargo Bank,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7200
13003777      +E-mail/Text: Diane@mvrlaw.com Mar 14 2014 02:38:35      Wells Fargo Bank, N.A,
               c/o MARTHA E. VON ROSENSTIEL,    Martha E. Von Rosenstiel, PC,    649 South Avenue,
               Secane, PA 19018-3541
12915341      +EDI: WFFC.COM Mar 14 2014 02:23:00      Wells Fargo Financial National Bank,    PO Box 7510,
               Urbandale, IA 50323-7510
12910160       EDI: ECAST.COM Mar 14 2014 02:23:00      eCAST Settlement Corporation, SUCCESSOR,
               to FIA Card Services aka Bank of America,    POB 29262,   New York, NY 10087-9262
                                                                                       TOTAL: 28


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
12915333*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
               (address filed with court: Philadelphia Water Department,    1401 JFK Blvd.,
               Philadelphia, PA 19102)
13209818*     +Eckert Seamans,    600 Grant Street, 44th Fl,    Pittsburgh, PA 15219-2713
12915318      ##+Citibank,    PO Box 140609,   Irving, TX 75014-0609
13209816      ##+Precision LLC/Curtis Riley,    800 Cottman Ave, Apt. 378,    Philadelphia, PA 19111-3080
                                                                              TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2014                        Signature:  /s/Joseph Speetjens

Case 12-20451-djb   Doc 150-2   Filed 08/08/25   Entered 08/12/25 14:22:33   Desc
Case 12-20451-mdc   Doc 144  Exhibit 03/15/14  Page 6 of 6 tered 03/16/14 01:21:03   Desc
Imaged Certificate of Notice    Page 3 of 5

```
District/off: 0313-2        User: jch              Page 3 of 3            Date Rcvd: Mar 13, 2014
                           Form ID: 180NEW         Total Noticed: 65
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2014 at the address(es) listed below:

     ANDREW N. SCHWARTZ    on behalf of Creditor    Brewery Condominium Association
      andrew.schwartz@psinet.com
     GARY F SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;jzelvin@gsbblaw.com
     HEATHER STACEY RILOFF    on behalf of Creditor    Wells Fargo Bank, N.A heather@mvrlaw.com,
      Diane@mvrlaw.com
     JON M. ADELSTEIN    on behalf of Debtor Tarani A. Johnson jma@tradenet.net,
      garganlove2shop@gmail.com;pjg@tradenet.net
     KERI P EBECK    on behalf of Creditor    J.P. Morgan Chase, N.A. kebeck@weltman.com,
      agilbert@weltman.com
     MARTHA E. VON ROSENSTIEL    on behalf of Creditor    Wells Fargo Bank, N.A marty@mvrlaw.com,
      diane@mvrlaw.com
     MICHAEL H. KALINER    on behalf of Debtor Tarani A. Johnson michaelkaliner@7trustee.net
     NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
      RA-occbankruptcy6@state.pa.us
     PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
      jennifer.quinn@phila.gov
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
      philaecf@gmail.com
     WILLIAM J. LEVANT    on behalf of Creditor    Philadelphia Federal Credit Union efile.wjl@kaplaw.com
                                                     TOTAL: 12