FILED
AUG - 8 2025
TIMOTHY McGRATH, CLERK

# EXHIBIT C

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE<br>1 Home Campus, Des Moines, IA, US, 50328 | 1 Date of identifiable event<br>12/31/2022 | OMB No. 1545-2281<br>Form **1099-C**<br>(Rev. January 2022)<br>For calendar year<br>20 _22_ | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged<br>$ 127,500.00 | | |
| | 3 Interest, if included in box 2<br>$ | | |
| CREDITOR'S TIN: 94-1347393 | DEBTOR'S TIN: ▮▮▮▮▮ | 4 Debt description<br>Res Exchanged for funds accessed; Mtge Acct ▮▮▮▮5304. 5200 W. Montgomery, H, Philadelphia PA 19131 | **Copy B For Debtor**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name<br>TARANI A JOHNSON | | | |
| Street address (including apt. no.)<br>2285 BRYN MAWR AVENUE | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . ▶ ☐ | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>PHILADELPHIA, PA, US, 19131 | | | |
| Account number (see instructions)<br>▮▮▮▮5304 | 6 Identifiable event code<br>A | 7 Fair market value of property<br>$ | |

Form **1099-C** (Rev. 1-2022)    (keep for your records)    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service