

# EXHIBIT D

# NOTICE OF SATISFACTION AND DISCHARGE OF ALLEGED DEBT

RE: Loan ID 0686180886                                                                                   June 20, 2025

TARANI A JOHNSON
5200 W MONTGOMERY AVE
PHILADELPHIA, PA  19131

Pursuant to applicable law, notice is hereby given that the alleged obligation of $372,407.46 plus interest at the daily at $25.59 claimed by *U.S BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST* against the undersigned, Tarani A. Johnson, has been **fully satisfied and discharged as of June 16, 2025** hereof.

**Statement of Facts:**

1. Tarani A. Johnson is the Grantor and Tarani Alike Johnson is the Trustee of the *686180886* Trust.
2. *U.S BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST* has asserted that a debt of $372,407.46 is outstanding under an assigned purported loan agreement of an unsecured "loan".
3. *686180886* Trust has filed IRS Form 1041 for the tax year ending 2024, reflecting a **distribution of $383,247.00** to *U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST* by way of its agent and servicer *NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING CORP* as **beneficiary** of the trust.
4. IRS Schedule K-1 (Form 1041) issued to *NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING CORP* as servicer and agent for *U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST* to reflects said distribution of **$383,247.00** as income received by the purported "lender".

**Legal Effect:**

- This K-1 constitutes an official accounting and reporting of **constructive and/or actual receipt** of **$383,247.00** by *U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST.*
- The receipt of income in the amount claimed as due constitutes **satisfaction and discharge** of the unsecured alleged debt obligation, under principles of accord and satisfaction, constructive receipt (UCC § 3-603(c); 26 U.S.C. § 451; Treas. Reg. § 1.451-2), and trust law under IRC Subchapter J.
- *U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST* is hereby **prohibited** from attempting further collection or enforcement of the alleged obligation, which is now nullified by the distribution and accounting treatment set forth herein.

**Demand:**

You are hereby directed to **cease all collection efforts** and issue a written acknowledgment that no balance remains due.

A copy of the relevant Payoff Statement, IRS Schedule K-1, and 1099-R is attached for your reference.

Sincerely,

By: /s/ Tarani Alike Johnson, TTEE
Tarani Alike Johnson, Trustee
*686180886* Trust

**Enclosures**: IRS Schedule K-1 (Form 1041); and 1099-R – Beneficiary: *NewRez LLC, dba Shellpoint Mortgage Servicing Corp*
  Payoff Statement



**shellpoint**
A DIVISION OF newrez

MONDAY - FRIDAY: 8AM - 9PM ET
SATURDAY: 10AM - 2PM ET

PHONE NUMBER: (800) 365-7107
FAX NUMBER: (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

January 17, 2024

JOHNSON, TARANI A
2285 BRYN MAWR AVE

PHILADELPHIA, PA 19131

PAID TRANSACTION ID: 21010520251671224654 (dated 6/16/2025)
PAID TO: NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING CORP
PAID BY: 686180886 Trust
ALLOCATION TO: Loan ID: 0686180886

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: 0686180886
TARANI A JOHNSON
5200 W MONTGOMERY AVE
PHILADELPHIA, PA 19131
Loan Type: Conventional

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 3:00 pm Eastern Time will be processed on the next business day, with interest charged to that date.

This payoff quote is effective 2/12/2024 and is good through 2/12/2024. Any transactions that occur on or after the effective date may change the payoff amount.

| | |
|---|---|
| Projected Payoff Date | 2/12/2024 |
| Principal Balance | $133,857.00 |
| Interest To 2/12/2024 | $162,865.08 |
| Fees | $10,075.43 |
| Prepayment Penalty | $0.00 |
| Release Fees | $0.00 |
| Funds owed by borrower | $59,252.95 |
| Funds owed to borrower | $0.00 |
| Deferred Interest | $6,357.00 |
| Total Payoff | $372,407.46 |
| Per diem | $25.59 |

The next payment due date is 3/1/2009. Payments are made by Billing on a Monthly basis. The interest rate for this payment is 7.65000% and the P & I payment is 538.01. The taxes are next due 3/31/2024.

**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

<u>Mailing Address</u>
Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC 29601

PO1.rpt - Internal
1/17/2024        23

Tarani Alike Johnson, Trustee
8 The Green Apt. Suite 15170
Dover, DE 19901

June 16, 2025

NewRez LLC, dba Shellpoint Mortgage Servicing Corp
75 Beattie Place Suite LL202
Greenville, SC 29601
RE: 686180886
Schedule K-1 from the 2024 686180886's Return

Dear Beneficiary:

Enclosed is your 2024 Schedule K-1 (Form 1041) Beneficiary's Share of Income, Deductions, Credits, etc. from 686180886. This schedule summarizes your information from the 686180886. This information has been provided to the Internal Revenue Service with the 686180886's 2024 Federal Return of Income.

If you have any questions related to this information, please contact me immediately.

Sincerely,


**Tarani Alike Johnson, Trustee**

Enclosure(s)

661117

| Schedule K-1 (Form 1041) | 2024 | ☒ Final K-1 ☐ Amended K-1 OMB No. 1645-0092 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2024, or tax year beginning _____ ending _____ | **Part III** Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items |

**Beneficiary's Share of Income, Deductions, Credits, etc.**
See back of form and instructions.

### Part I    Information About the Estate or Trust

**A** Estate's or trust's employer identification number
[redacted]

**B** Estate's or trust's name
686180886

**C** Fiduciary's name, address, city, state, and ZIP code
Tarani Alike Johnson
8 The Green
Dover, DE 19901

**D** ☐ Check if Form 1041-T was filed and enter the date it was filed
_____

**E** ☐ Check if this is the final Form 1041 for the estate or trust

### Part II    Information About the Beneficiary

**F** Beneficiary's identifying number
37-1542226

**G** Beneficiary's name, address, city, state, and ZIP code
NewRez LLC, dba Shellpoint Mortg
75 Beattie Place Suite LL202
Greenville, SC 29601

**H** ☒ Domestic beneficiary   ☐ Foreign beneficiary

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Interest income | | 11 | Final year deductions | |
| 2a | Ordinary dividends | | | | |
| 2b | Qualified dividends | | | | |
| 3 | Net short-term capital gain | | | | |
| 4a | Net long-term capital gain | | | | |
| 4b | 28% rate gain | | 12 | Alternative minimum tax adjustment | |
| 4c | Unrecaptured section 1250 gain | | | | |
| 5 | Other portfolio and nonbusiness income | 383,247. | | | |
| 6 | Ordinary business income | | | | |
| 7 | Net rental real estate income | | | | |
| 8 | Other rental income | | 13 | Credits and credit recapture | B  383,247. |
| 9 | Directly apportioned deductions | | | | |
| | | | 14 | Other information | |
| 10 | Estate tax deduction | | | | |

*See attached statement for additional information.
**Note:** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.    www.irs.gov/Form1041    Schedule K-1 (Form 1041) 2024
UYA

Schedule K-1 (Form 1041) 2024                                                                                                                Page 2

**This list identifies the codes used on Schedule K-1 for beneficiaries and provides summarized reporting information for beneficiaries who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the Instructions for Schedule K-1 (Form 1041) for a Beneficiary Filing Form 1040 or 1040-SR and the instructions for your income tax return.**

| | | Report on | | | Report on |
|---|---|---|---|---|---|
| 1. | Interest income | Form 1040 or 1040-SR, line 2b | 13. Credits and credit recapture | | |
| 2a. | Ordinary dividends | Form 1040 or 1040-SR, line 3b | Code | | Report on |
| 2b. | Qualified dividends | Form 1040 or 1040-SR, line 3a | A | Credit for estimated taxes | Form 1040 or 1040-SR, line 26 |
| 3. | Net short-term capital gain | Schedule D, line 5 | B | Credit for backup withholding | Form 1040 or 1040-SR, line 25c |
| 4a. | Net long-term capital gain | Schedule D, line 12 | C | Low-income housing credit | |
| 4b. | 28% rate gain | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) | D | Advanced manufacturing production credit | |
| 4c. | Unrecaptured section 1250 gain | Unrecaptured Section 1250 Gain Worksheet, line 11 (Schedule D Instructions) | E | Clean electricity production credit | |
| | | | F | Work opportunity credit | |
| 5. | Other portfolio and nonbusiness income | Schedule E, line 33, column (f) | G | Credit for small employer health insurance premiums | |
| | | | H | Biofuel producer credit | |
| 6. | Ordinary business income | Schedule E, line 33, column (d) or (f) | I | Credit for increasing research activities | |
| 7. | Net rental real estate income | Schedule E, line 33, column (d) or (f) | J | Renewable electricity production credit | |
| | | | K | Empowerment zone employment credit | See the beneficiary's instructions |
| 8. | Other rental income | Schedule E, line 33, column (d) or (f) | L | Clean fuel production credit | |
| 9. | Directly apportioned deductions | | M | Orphan drug credit | |
| | Code | | N | Credit for employer-provided childcare facilities and services | |
| | A Depreciation | Form 8582; or Schedule E, line 33, column (c) or (e) | O | Biodiesel and renewable diesel fuels credit | |
| | B Depletion | Form 8582; or Schedule E, line 33, column (c) or (e) | P | Credit to holders of tax credit bonds | |
| | C Amortization | Form 8582; or Schedule E, line 33, column (c) or (e) | Q | Credit for employer differential wage payments | |
| 10. | Estate tax deduction | Schedule A, line 16 | R | Recapture of credits | |
| 11. | Final year deductions | | S | Credit for production from advanced nuclear power facilities | |
| | A Excess deductions – Section 67(e) expenses | Schedule 1 (Form 1040), line 24k (also see the beneficiary's instructions) | T | Zero-emission nuclear power production credit | |
| | B Excess deductions – Non-miscellaneous itemized deductions | See the beneficiary's instructions | | ZZ Other credits | |
| | C Short-term capital loss carryover | Schedule D, line 5 | 14. Other information | | |
| | D Long-term capital loss carryover - regular tax | Schedule D, line 12; line 5 of the wksht. for Sch. D, line 18; and line 16 of the wksht. for Sch. D, line 19 | A | Tax-exempt interest | Form 1040 or 1040-SR, line 2a |
| | | | B | Foreign taxes | Schedule 3 (Form 1040), line 1; or Schedule A, line 6 |
| | E Net operating loss carryover - regular tax | Schedule 1 (Form 1040), line 8a | C | Qualified rehabilitation expenditures | See the beneficiary's instructions |
| | F Net operating loss carryover - minimum tax | Form 6251, line 2f | D | Basis of energy property | See the beneficiary's instructions |
| | | | E | Net investment income | Form 4952, line 4a |
| 12. | Alternative minimum tax (AMT) items | | F | Gross farm and fishing income | Schedule E, line 42 |
| | A Adjustment for minimum tax purposes | Form 6251, line 2j | G | Foreign trading gross receipts (Section 942(a)) | See the Instructions for Form 8873 |
| | B AMT adjustment attributable to qualified dividends | | H | Adjustment for section 1411 net investment income or deductions | Form 8960, line 7 (also see the beneficiary's instructions) |
| | C AMT adjustment attributable to net short-term capital gain | | I | Section 199A information | |
| | D AMT adjustment attributable to net long-term capital gain | See the beneficiary's Instructions and the Instructions for Form 6251 | J | Qualifying advanced coal project property and qualifying gasification project property | |
| | E AMT adjustment attributable to unrecaptured section 1250 gain | | K | Qualifying advanced energy project property | See the beneficiary's instructions |
| | F AMT adjustment attributable to 28% rate gain | | L | Advanced manufacturing investment property | |
| | G Accelerated depreciation | | M | Clean electricity investment credit | |
| | H Depletion | | | ZZ Other information | |
| | I Amortization | | | | |
| | J Exclusion items | 2025 Form 8801 | Note: If you are a beneficiary who does not file a Form 1040 or 1040-SR, see instructions for the type of income tax return you are filing. | | |

UYA

[X] CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>6861800886<br><br>8 The Green<br>Suite R<br>Dover, DE, US 19901 | 1 Gross distribution<br>$ 1,085,123.00<br>2a Taxable amount<br>$ | OMB No. 1545-0119<br><br>2024<br><br>Form **1099-R** | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
|---|---|---|---|
| | 2b Taxable amount not determined [X] | Total distribution [ ] | **Copy C** |
| PAYER'S TIN<br>33-6992206 | RECIPIENT'S TIN<br>37-1542226 | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ 383,247.00 | **For Recipient's Records** |
| RECIPIENT'S name<br>NewRez LLC,<br>dba ShellPoint Mortgage Servicing Corp | 5 Employee contributions/ Designated Roth contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| Street address (including apt. no.)<br>75 Beattie Place, Suite LL202 | 7 Distribution code(s)<br>7 | IRA/ SEP/ SIMPLE [ ] | 8 Other<br>$         % | This information is being furnished to the IRS. |
| City or town, state or province, country, and ZIP or foreign postal code<br>Greenville, SC 29601 | 9a Your percentage of total distribution  % | 9b Total employee contributions<br>$ | |
| 10 Amount allocable to IRR within 5 years<br>$ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement [ ] | 14 State tax withheld<br>$ | 15 State/Payer's state no. | 16 State distribution<br>$ |
| Account number (see instructions)<br>0686180886 | 13 Date of payment | 17 Local tax withheld<br>$ | 18 Name of locality | 19 Local distribution<br>$ |

Form **1099-R**    (keep for your records)    www.irs.gov/Form1099R    Department of the Treasury - Internal Revenue Service