# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

Case No **12-20451-mdc**
Chapter 7

**NOTICE OF MOTION**

---

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**TO:** U.S. Bank Trust National Association, as Trustee for VRMTG Trust and all parties in interest.

**PLEASE TAKE NOTICE** that on the __30th__ day of __September__, 2025, the undersigned, **Tarani A. Johnson, Debtor pro se**, filed a **Motion to Avoid Judicial Lien Pursuant to 11 U.S.C. §§ 522(f) and 506(d)** in the above-captioned bankruptcy case Doc # 155; *MOTION TO REOPEN BANKRUPTCY CASE pursuant to 11 U.S.C. § 350(b) and FED. R. BANKR. P. 5010 for the purposes of AVOIDING A LIEN, and/or filing ADVERSARY PROCEEDING pursuant to FED. R. BANKR. P. 7001(2)*. (Amended)

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views, then on or before __September 9, 2025__ you or your attorney must file a response to the Motion.
    - Your response must be filed with the Clerk of the Bankruptcy Court at:
    **U.S. Bankruptcy Court for the Eastern District of Pennsylvania**
    900 Market Street, Suite 400
    Philadelphia, PA 19107
    - If you mail your response to the Court for filing, you must mail it early enough so that it will be received on or before the response deadline.
    - You must also mail a copy of your response to:
    **Tarani A. Johnson,**
    45 East City Avenue, Suite 503, Bala Cynwyd, Pennsylvania 19004
2. If you or your attorney do not file and serve a timely response, the Court may grant the relief requested in the Motion by default without further notice or hearing.
3. A hearing on the Motion is scheduled to be held on **September 30, 2025 at : 10 a.m.**, before the Honorable Judge Baker United States Bankruptcy Judge, in Courtroom __2__ at:
    **U.S. Bankruptcy Court for the Eastern District of Pennsylvania**
    900 Market Street, 2nd Floor
    Philadelphia, PA 19107
4. If a hearing is held, you or your attorney should attend and be prepared to present your case.

Respectfully submitted,

Dated: August 25, 2025

/By//cs: johnson, tarani-alike, Trustee

/s/: johnson, tarani-alike-Trustee, 321226 JOHNSON Trust
tarani-alike johnson, Master Agent for TARANI A. JOHNSON
c/o 45 East City Avenue, Suite 503, Bala Cynwyd, Pennsylvania 19004

[FILED AUG 25 2025 TIMOTHY McGRATH, CLERK]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

Case No 12-20451-mdc
Chapter 7

## CERTIFICATE OF SERVICE

I certify that on August 25, 2025, a true and correct copy of the NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE Notice Motion to Reopen Case to Avoid Lien (Amended) was served via first class mail, and/or the Court's electronic filing system upon:

U.S. Bank Trust National Association as Trustee for VRMTG ASSET TRUST
at 100 Wall St 10TH, FLOOR NEW YORK, NY US

NewRez LLC, d/b/a Shellpoint Mortgage Servicing Corp
at 1100 Virginia Drive, Suite 125 Fort Washington, PA 19034

AUG 25 2025

Respectfully submitted,

Dated: August 25, 2025

/s/: johnson, tarani-alike-Trustee, 321226 JOHNSON Trust
tarani-alike johnson, Master Agent for TARANI A. JOHNSON
c/o 45 East City Avenue, Suite 503, Bala Cynwyd, Pennsylvania